

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | | |
|---|---|---|
| | § | No. 08-19-00211-CV |
| | § | |
| IN THE INTEREST OF B.A.L.C, | § | Appeal from the |
| | § | 388th District Court |
| A Minor Child. | § | of El Paso County, Texas |
| | § | (TC# 2014DCM5955) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellee's motion to dismiss the appeal for lack of jurisdiction and concludes the motion should be granted and appeal should be dismissed for want of jurisdiction, in accordance with the opinion of the Court. We therefore dismiss the appeal for want of jurisdiction. Costs of this appeal are taxed against Appellants. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2019.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.